**SEALED**

*TMS*

RG/MCH USAO#2026R00281

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | \* |
| | \* |
| v. | \*    CRIMINAL NO. JKB-26-216 |
| | \* |
| ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | \*    (Conspiracy to Distribute and Possess |
| | \*    with Intent to Distribute |
| | \*    Methamphetamine, 21 U.S.C. § 846; |
| **CHARLES ELYSSE MACAIRAN,** | \*    Forfeiture, 21 U.S.C. § 853) |
| | \* |
| | \*    **Filed Under Seal** |
| | \* |
| Defendants. | \* |
| | \* |
| | \*\*\*\*\* |

### INDICTMENT

### COUNT ONE
### (Conspiracy to Distribute and Possess with
### Intent to Distribute Controlled Methamphetamine)

The Grand Jury for the District of Maryland charges that:

From in or about 2022, and continuing through at least in or about 2024, in the District of Maryland and elsewhere, the Defendants,



**CHARLES ELYSSE MACAIRAN,**

did knowingly combine, conspire, confederate and agree with persons known and unknown to the Grand Jury to knowingly and intentionally distribute and possess with intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

21 U.S.C. § 846

## FORFEITURE ALLEGATION

The Grand Jury for the District of Maryland further finds that:

1.    Pursuant to Fed. R. Crim. P. 32.2, notice is hereby given to the Defendants that the United States will seek forfeiture as part of any sentence in accordance with 21 U.S.C. § 853, in the event of the Defendants' conviction under Count One of this Indictment.

### Narcotics Forfeiture

2.    Upon conviction of the offense alleged in Count One of this Indictment, the Defendants,



**CHARLES ELYSSE MACAIRAN,**

shall forfeit to the United States, pursuant to 21 U.S.C. § 853(a):

    a.   any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such offense; and

    b.   any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offense.

### Substitute Assets

3.    If any of the property described above, as a result of any act or omission of any Defendant,

    a.   cannot be located upon the exercise of due diligence;

    b.   has been transferred or sold to, or deposited with, a third person;

    c.   has been placed beyond the jurisdiction of the Court;

    d.   has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without

difficulty,

the United States shall be entitled to forfeiture of substitute property up to the value of the

forfeitable property described above, pursuant to 21 U.S.C. § 853(p).

21 U.S.C. § 853

Kelly O. Hayes
United States Attorney

A TRUE BILL:

Foreperson

6/24/26
Date

3